```
                                          U.S. DISTRICT COURT
                                             DISTRICT OF N.H.
                                                 FILED

                                          2005 JUL 18 P 1:41
```

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Eric Searles

    v.                                      Civil No. 05-fp-258

Gordon T. Searles



### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned number 05-cv-258-PB.

**SO ORDERED.**

                                                   /s/ James E. Muirhead
                                                 James R. Muirhead
                                                 United States Magistrate Judge

Date:  July 18, 2005

cc:    Eric Searles, *pro se*