U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2005 JUL 18 P 1:41

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Eric Searles

    v.                              Civil No. 05-fp-258

Gordon T. Searles

## ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed *in forma pauperis* is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned number 05-cv-258-PB.

**SO ORDERED.**

James R. Muirhead
United States Magistrate Judge

Date:   July 18, 2005

cc:     Eric Searles, *pro se*