```
                                                U.S. DISTRICT COURT
                                                DISTRICT OF N.H.
                                                    FILED

                                                2005 SEP 21  P 3: 47
```

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

Eric R. Searles

      v.                        Civil No. 05-cv-258-PB

Gordon T. Searles

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 6, 2005.

SO ORDERED.

September 21, 2005

                                                Paul Barbadoro
                                                United States District Judge

cc:    Eric R. Searles, pro se